142 So. 438

## Harvey BONE v. STATE.
### 7 Div. 132.

Supreme Court of Alabama.
May 12, 1932.

Rehearing Denied June 9, 1932.

Motley & Motley, of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

### FOSTER, J.

Petition of Harvey Bone for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bone v. State, 142 So. 437.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.